## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| TAMMY D. BRENNAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 05-123-P-S |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 25, 2006, his Recommended Decision (Docket No. 23). Defendant filed her Objection to the Recommended Decision (Docket No. 24) on January 30, 2006. Plaintiff filed her Response to Recommended Decision (Docket No. 25) on January 30, 2006..

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. The Motion to Remand to Social Security Administration (AC Errors) (Docket No. 9) is GRANTED. The Motion to Remand to SSA *Pursuant to Sentence 6* (Docket No. 6) is MOOT. The Motion to Remand to Social Security Administration (*Consolidation*) is MOOT.

    /s/ George Z. Singal
Chief U.S. District Judge

Dated this 6th day of February, 2006.