# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| TAMMY D. BRENNAN,              )<br>                                                        )<br>         Plaintiff                         )<br>                                                        )<br>v.                                                  )<br>                                                        )<br>JO ANNE B. BARNHART,           )<br>Commissioner of Social Security,  )<br>                                                        )<br>         Defendant                       ) | Civil No. 05-123-P-S |

## ORDER ON DEFENDANT'S MOTION FOR CLARIFICATION

Before the Court is Defendant's Motion for Order of Clarification (Docket # 29). Through this Motion, the Commissioner seeks explicit clarification as to whether this Court's February 6, 2006 Order remanding this case for further proceedings was ordering a remand under sentence four or sentence six of 42 U.S.C. § 405(g).

A review of the January 6, 2006 Report of Conference of Counsel and Order indicates that at that time all counsel "agreed that the granting of any one of Docket Nos. 6, 9 or 10 would effectively moot the other two in that group of three." (Docket # 19 at 2.)  In reaching this agreement, counsel for Defendant indicated "that any such remand would be a sentence six remand." (Id.)  Thus, both the Recommended Decision (Docket # 23) and this Court's Order Affirming the Recommended Decision (Docket # 27) contemplated that the Commissioner would treat the Court's remand as a sentence six remand.

To the extent this clarifies the Court's previous orders, Defendant's Motion for Order of Clarification (Docket # 29) is GRANTED.

      /s/ George Z. Singal_____\
      Chief U.S. District Judge

Dated this 8th day of February, 2006.