# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **TAMMY D. BRENNAN,**        ) | |
|        ) | |
| **Plaintiff**        ) | |
| **v.**        ) | **Civil No.   05-123-P-S** |
|        ) | |
| **JO ANNE B. BARNHART,**        ) | |
| **Commissioner of Social Security,**        ) | |
|        ) | |
| **Defendant**        ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 39) filed February 20, 2007, and based on representations made in Plaintiff's Motion for Final Judgment (Docket No. 40) filed February 23, 2007 that Defendant's attorney will not file Objections to the Magistrate's Decision and has no objections to Plaintiff's Motion for Final Judgment, the Recommended Decision is <u>AFFIRMED</u>.

Accordingly, it is <u>ORDERED</u> that Plaintiff's Motion for Award of Attorney's Fees and Expenses (Docket No. 36) is <u>GRANTED</u>.

              /s/ George Z. Singal_____
              Chief United States District Judge

Dated this 26th day of February 2007.